IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ERIC REED MARASCIO, #1688460 | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv381 |
| DIRECTOR, TDCJ-CID | § | |

## FINAL JUDGMENT

Having considered the petition for a writ of habeas corpus and rendered its decision by opinion and order of dismissal issued this same date, the Court **ORDERS** that the case is **DISMISSED** with prejudice.

**SIGNED this 18th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE